UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br>          Plaintiff,<br>   v.<br>DEMONE MORALES,<br>          Defendant. | Case No. 15-mj-70551-MAG-1   (JSC)<br><br>**DETENTION ORDER**<br>Re: Dkt. No. 3 |

On May 4, 2015, Defendant Demone Morales was charged by federal complaint with a violation of 18 U.S.C. § 922(g)(1), being a felon in possession of a firearm. This matter came before the Court on May 13, 2015, for a detention hearing. Mr. Morales was present and represented by Brandon LeBlanc. Assistant United States Attorney Sarah Hawkins appeared for the Government.

Pretrial Services submitted a report that recommended detention, and a representative of Pretrial Services was present at the hearing. The Government moved for detention, and Defendant opposed. Proffers and arguments regarding detention were submitted by the parties at the hearing.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of other persons and the community. Accordingly, Defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1). As noted on the record, the Court makes the following findings as a basis for its conclusion that no condition or combination of conditions will reasonably assure the safety of other persons and the community as to defendant Morales. The facts regarding the current charge indicate that during a

search of Defendant's vehicle the police found a loaded firearm.  Defendant, although only 26 years old, has a lengthy criminal record.  Most troubling, this record includes a prior conviction in 2011 for being a felon in possession of a firearm.  And his most recent felony conviction was less than one year ago.  While the Court appreciates that Defendant's mother and step-father are willing to serve as custodians and be with Defendant nearly full time, Defendant's past conduct demonstrates that he is simply not amenable to supervision. These findings are made without prejudice to Defendant's right to seek review of his detention should new information arise.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. Defendant Smith be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. Defendant Smith be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver defendant to an authorized United States marshal for the purpose of any appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

Dated: May 13, 2015

JACQUELINE SCOTT CORLEY
United States Magistrate Judge