MELINDA HAAG (CABN 132612)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

SARAH HAWKINS  (CABN 257723)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7126
    Fax: (415) 436-7207
    Email:  Sarah.Hawkins@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. CR 15-0271 WHA |
| v. | |
| DEMONE MORALES, | UNOPPOSED MOTION TO CONTINUE DATE OF SENTENCING HEARING & [PROPOSED] ORDER |
| Defendant. | |

The Court has set September 15, 2015 at 2:00 p.m. as the date of the sentencing hearing for Defendant Demone Morales. Assistant United States Attorney Sarah Hawkins anticipates that she will be out of the district and unavailable on September 15, 2015 and respectfully requests that the Court continue the date of the Sentencing Hearing to September 22, 2015, the Court's next available date. The

//
//
//
//
//
//
//

UNOPPOSED MOTION & [PROPOSED] ORDER TO CONTINUE DATE OF SENTENCING HEARING    1
CR 15-0271 WHA

1  Probation Officer and the defendant, through his attorney Brandon M. LeBlanc, do not object to this
2  request.
3
4         SO STIPULATED.
5
6  DATED:  July 13, 2015                             MELINDA HAAG
                                                     United States Attorney
7
8                                                    /s/
                                                     SARAH HAWKINS
9                                                    Assistant United States Attorney
10
11 DATED:  July 13, 2015
12                                                   /s/
                                                     BRANDON M. LeBLANC
13                                                   Counsel for Demone Morales
14                              **[PROPOSED] ORDER**
15     For the reasons stated by counsel, the Court grants the unopposed motion and continues the
16 Sentencing Hearing in this matter from  September 15, 2015, at 2:00 p.m., to September 22, 2015, at
17 2:00 p.m.  1:30 P.M.
18        IT IS SO ORDERED.
19
20 DATED: July 17, 2015.                             _____
                                                     HON. WILLIAM H. ALSUP
21                                                   United States District Judge
22
23
24
25
26
27
28

UNOPPOSED MOTION & [PROPOSED] ORDER TO CONTINUE DATE OF SENTENCING HEARING    2
CR 15-0271 WHA