UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 15-0271 WHA |
| ) | |
| Plaintiff, ) | [PROPOSED] PRELIMINARY ORDER OF FORFEITURE |
| ) | |
| v. ) | |
| ) | |
| DEMONE MORALES, ) | |
| ) | |
| Defendant. ) | |

Having considered the application for a preliminary order of forfeiture filed by the United States and the defendant's plea agreement on June 23, 2015, and good cause appearing,

IT IS HEREBY ORDERED that the following property is forfeited to the United States:

    a. Glock 27, subcompact .40 S&W caliber firearm, serial number TAC248;

    b. 11 rounds of .40 caliber ammunition

pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853 and the procedures outlined in the Rule 32.2 of the Federal Rules and Criminal Procedure.

IT IS FURTHER ORDERED that the United States, through its appropriate agency, shall seize the forfeited property forthwith and publish on www.forfeiture.gov, a government website for at least thirty days, notice of this Order, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and provide notice that any person, other than the defendant, having or claiming a legal interest in the property, must file a petition with the Court and serve a copy on government counsel with (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier.

IT IS FURTHER ORDERED that, the government may conduct discovery in order to identify, locate or dispose of property subject to forfeiture in accordance with Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure; and

IT IS FURTHER ORDERED that the Court to retain jurisdiction to enforce the Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

IT IS FURTHER ORDERED that, pursuant to Rule 32.2(b)(3) of the Federal Criminal Rules of Procedure, this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment.

IT IS SO ORDERED this   19th   day of October, 2015.

_____
WILLIAM ALSUP
United States District Judge

<del>PROPOSED</del> PRELIM ORDER OF FORFEITURE
CR 15-0271 WHA                                                                 2