1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

12

NORTHERN DISTRICT OF CALIFORNIA

13

SAN FRANCISCO DIVISION

14

15  UNITED STATES OF AMERICA,              )   CASE NO. CR 15-0271 WHA
                                          )
16          Plaintiff,                    )   [PROPOSED] FINAL ORDER OF FORFEITURE
                                          )
17      v.                                )
                                          )
18  DEMONE MORALES,                       )
                                          )
19          Defendant.                    )
                                          )
20  _____  )

21

22          On October 19, 2015, the court entered a Preliminary Order of Forfeiture forfeiting the following

23  property:

24          •   Glock 27, subcompact .40 S&W caliber firearm, serial number TAC248;

25          •   11 rounds of .40 caliber ammunition

26  pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853 and the procedures outlined in Rule 32.2 of the Federal

27  Rules of Criminal Procedure.

28

The United States represents that it has complied with the publication notice requirements of the Preliminary Order and that no petitions have been filed.

THEREFORE, it is so ordered that the above-described property shall be forfeited to the United States, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853 and the procedures outlined in Rule 32.2 of the Federal Rules of Criminal Procedure.  All right, title, and interest in said property is vested in the United States of America.  The appropriate federal agency shall dispose of the forfeited property according to law.

Dated:  January 19, 2016.

_____
HONORABLE WILLIAM ALSUP
United States District Judge